[No. 19424-4-II.     Division Two.     January 17, 1997.]

ELIZABETH McMAHAN, *Individually, and as
Guardian, Respondent,* v. ALAN CRUTCHFIELD,
*Defendant,* TACOMA COMMUNITY COLLEGE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-2-01582-3, Thomas R. Sauriol, J., entered
July 15, 1994. *Affirmed* by unpublished opinion per
Turner, J. Pro Tem., concurred in by Bridgewater, A.C.J.,
and Armstrong, J.

[No. 20030-9-II.     Division Two.     January 17, 1997.]

PACIFIC TRUCKING, INC., ET AL., *Appellants,* v.
DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 91-2-01969-7, Richard A. Strophy, J.,
entered February 23, 1995. *Affirmed* by unpublished
opinion per Seinfeld, J., concurred in by Morgan and Arm-
strong, JJ.

[No. 14349-0-III.     Division Three.     January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT
ALBERT MANZ, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-00887-1, Harold D. Clarke, J.,
entered September 23, 1994. *Affirmed* by unpublished
opinion per Sweeney, C.J., concurred in by Thompson and
Schultheis, JJ.

[No. 14510-7-III.     Division Three.     January 21, 1997.]

GERALD L. STICKLEY, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 92-2-00652-6, Dennis D. Yule, J., entered
November 17, 1994. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Sweeney, C.J., and Thomp-
son, J.